UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 20-14388-CIV-MARTINEZ/MAYNARD

REGAL NAILS, SALON & SPA, LLC,

    Plaintiff,

v.

HOANG MINH T HA,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on a determination of damages as to Plaintiff's Motion for Default Judgement. (ECF No. 45). Magistrate Judge Maynard filed a Report and Recommendation, recommending that Plaintiff be awarded a total of $195,508.67. (ECF No. 46). The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation, (ECF No. 46), is **AFFIRMED** and **ADOPTED** in its entirety. A final judgment shall issue by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of January, 2022.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record